UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| DALE L. CALDWELL ) | CASE NO. 12-04359-RLM-13 |
| Debtor(s). ) | |

## MOTION TO REOPEN BANKRUPTCY CASE

Comes now Debtor Dale L. Caldwell, by and through undersigned counsel, and in support of his Motion To Reopen Bankruptcy Case respectfully states the followings:

1. Debtor filed for bankruptcy under Chapter 13 on April 17, 2012.

2. Debtor's bankruptcy was discharged on June 13, 2017 and terminated on August 1, 2017.

3. The Debtor has endured illegal conduct by his mortgage servicer in violation of FRCP 3002.1, the Real Estate Settlement Procedures Act, and the Order of Discharged referenced above.

4. The Debtor request that this matter be reopened and the Chapter 13 proceeding be reinstated for the purposes of an Adversary Proceeding and the filing of a Complaint for Damages and Motion for Sanctions against Rushmore Loan Management Services, LLC.

WHEREFORE, the Debtor prays for an order to reopen the bankruptcy proceeding and for all other relief just and proper in the premises.

Date: Feb. 1, 2019                    Respectfully Submitted,

/s/ Travis W. Cohron
Travis W. Cohron, # 29562-30
**ClARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Counsel for the Plaintiff*

CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing this 1st day of February, 2019:

U.S. Trustee
Chapter 13 Trustee